```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JEAN M. HOBLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
```

**FILED**

FEB 2 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
         DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States | 2:09-SW-0059 KJM |
| v. | Case No. |
| 4425 Anatolia Drive<br>Rancho Cordova CA 95742 | SEALING ORDER |

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that documents in the above referenced case shall be sealed until further order of the Court.

DATED: 2/26/09

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1