```
 1 │ LAWRENCE G. BROWN
   │ Acting United States Attorney
 2 │ JEAN M. HOBLER
   │ Special Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA 95814
 4 │ Telephone: (916) 554-2909
```



**FILED**

APR 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> ) <br> v. ) <br> ) <br> 4425 Anatolia Drive ) <br> Rancho Cordova CA 95742 ) <br> ) <br> ) <br> _____ ) | Case No. 2:09 SW-059 KJM <br><br> APPLICATION TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT, APPLICATION FOR SEALING ORDER; AND SEALING ORDER; [~~PROPOSED~~] *And* ORDER |

### APPLICATION

On February 26, 2009, this Court issued an order sealing filed documents for the captioned matter, and sealed the same. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government respectfully requests that the application and affidavit for search warrant, search warrant, application for sealing order; declaration in support thereof, and sealing order, and any other documents sealed pursuant to the Court's February 26, 2009, order be unsealed.

///

///

///

DATED: April 16, 2009

                                            Respectfully submitted,

                                            LAWRENCE G. BROWN
                                            United States Attorney

                              By: /s/ Jean M. Hobler
                                            JEAN M. HOBLER
                                            Special Ass't U.S. Attorney

## ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the application and affidavit for search warrant, search warrant, application for sealing order; declaration in support thereof, and sealing order and any other documents sealed pursuant to the Court's February 26, 2009 order for the captioned matter be UNSEALED.

Date: April 16, 2009

/s/ Dale A. Drozd
HONORABLE DALE A. DROZD
United States Magistrate Judge

2